IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HENRY TOWLES,

    Petitioner,

vs.                        No. CIV 07-1293 JH/LCS

STATE OF NEW MEXICO, and
THE ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, GARY K. KING,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed April 4, 2008. (Doc. 11.) Respondents filed objections on April 7, 2008. (Doc. 12.) Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a *de novo* review of the entire file and find Respondents' objections to be without merit. I further find that the Proposed Findings and Recommended Disposition should be adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed April 4, 2008 (Doc. 11) are adopted by the Court and this case is hereby dismissed without prejudice.

A judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE